IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAMAR BOYKINS, : | | CIVIL ACTION |
| *Plaintiff*, : | | |
| : | | |
| v. : | | |
| : | | |
| KML LAW GROUP, P.C., : | | No. 16-1833 |
| *Defendant*. : | | |
| : | | |

# O R D E R

**AND NOW**, this 11th day of October, 2016, upon consideration of Defendant KML Law Group P.C.'s Motion to Dismiss (Docket No. 6) and Plaintiff's failure to respond thereto,[1] it is hereby **ORDERED** that Plaintiff shall respond to Defendant's Motion by no later than fourteen (14) days from the date of this Order or the Court may consider granting the Motion as unopposed.

BY THE COURT:

　/s/ Gene E.K. Pratter
GENE E.K. PRATTER
United States District Judge

---

[1] The Court previously granted Plaintiff's request for an extension to respond to Defendant's Motion to Dismiss and ordered response by August 31, 2016.