IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JAMAR BOYKINS,** | : | **CIVIL ACTION** |
| *Plaintiff*, | : | |
| | : | |
| v. | : | |
| | : | |
| **KML LAW GROUP, P.C.,** | : | **No. 16-1833** |
| *Defendant*. | : | |
| | : | |

## O R D E R

**AND NOW**, this 28th day of March, 2017, upon consideration of Defendant KML Law Group P.C.'s Motion to Dismiss for Lack of Prosecution (Docket No. 12), it is hereby

**ORDERED**

1. The Motion (Docket No. 12) is **GRANTED** and the Complaint is **DISMISSED with prejudice**;[1]

2. The Clerk of Court shall close this case for all purposes including statistics.

BY THE COURT:

S/Gene E.K. Pratter
GENE E.K. PRATTER
United States District Judge

---

[1] Mr. Boykins filed this action on June 10, 2016. KML Law Group, P.C. filed a Motion to Dismiss for Failure to State a Claim on July 8, 2016. The Court granted Mr. Boykins's request for an extension of time and ordered him to respond to Defendant's Motion to Dismiss on or before August 31, 2016. He did not do so. On October 12, 2016, the Court again ordered Mr. Boykins to respond to the Motion no later than fourteen days from the date of the order, or it would consider granting the Motion as unopposed. Mr. Boykins never filed a response to KML Law Group's Motion to Dismiss, and on December 27, 2016, the Court granted the Motion and dismissed the complaint without prejudice. In its Order, the Court instructed Mr. Boykins to file an amended complaint on or before February 10, 2017. Mr. Boykins has not filed an amended complaint.

As shown by the procedural history of the case, Mr. Boykins has wholly disengaged from this action. Under to Federal Rule of Civil Procedure 41(b), a District Court may dismiss a suit for failure to prosecute. *See Shipman v. Delaware*, 381 F. App'x 162, 164 (3d Cir. 2010). Accordingly, the Court dismisses Mr. Boykins's Complaint with prejudice pursuant to Federal Rule of Civil Procedure 41(b).